UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD TOY,<br><br>Plaintiff,<br><br>v.<br><br>77TH DIVISION LOS ANGELES POLICE DEPARTMENT, et al,<br><br>Defendants. | Case No. 2:25-cv-12106-WLH (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

On December 22, 2025, plaintiff Edward Toy ("Plaintiff"), proceeding pro se, filed a Complaint herein (Docket No. 1), along with a Request to Proceed in Forma Pauperis ("IFP Application") (Docket No. 3). On January 8, 2026, the Court issued its Notice of Assignment ("Notice"). (Docket No. 5). On January 13, 2026, the Court granted Plaintiff's IFP Application ("Order Granting IFP Application"). (Docket No. 6).

On January 20, 2026, the Court received its Notice returned from the United States Postal Service marked as "Return to Sender – Insufficient Address – Unable to Forward – Return to Sender." (Docket No. 7).

1

On January 27, 2026, the Court received its Order Granting IFP Application returned from the United States Postal Service marked as "Return to Sender – Not Deliverable as Addressed - Unable to Forward."  (Docket No. 8).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address.  Central District of California Local Civil Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Civil Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause.  Plaintiff's response is due no later than **February 27, 2026.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: ___February 4, 2026___          _____
                                        DAVID T. BRISTOW
                                        United States Magistrate Judge

2