JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

EDWARD TOY,

            Plaintiff,

            v.

77TH DIVISION LOS ANGELES POLICE DEPARTMENT, et al,

            Defendants.

Case No. 2:25-cv-12106-WLH (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: March 31, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

1